Ambrose, Appellant, *v.* Moffat Coal Company et al.

Argued January 6, 1948. Before Maxey, C. J., Drew, Linn, Stern, Patterson, Stearne and Jones, JJ.

466

*Myron A. Pinkus,* with him *Alphonsus L. Casey,* for appellant.

*Frank M. Walsh,* with him *J. Hayden Oliver* and *Franklin B. Gelder,* for appellees.

PER CURIAM, March 22, 1948:
The order of the court below is affirmed on the opinion of Judge HOBAN.